IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02355-REB-MEH

EMILY A. ERICKSON,

    Plaintiffs,

v.

FRONTIER MECHANICAL, INC., a Colorado corporation,
JOSH SKINNER, and
AMY ZENDER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Dismissal With Prejudice** [#13], filed May 12, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDER** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#13], filed May 12, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for January 16, 2009, is **VACATED**;

3. That the jury trial set to commence February 2, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 13, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**